USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALENTINO S.p.A., an Italian Corporation,

Plaintiff,

-against-

MRINALINI, INC., a Delaware Corporation,

Defendant.

1:23-cv-2319 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

A Conference has been scheduled in the related case *Mrinalini, Inc. v. Valentino S.p.A.*, *et al.*, 22-cv-2453, for June 7, 2023 at 3:00 PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. The Court will treat this case and the related case in tandem for purposes of that Conference.

**SO ORDERED.**

**Date: May 4, 2023**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1