UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO S.p.A., an Italian Corporation,<br><br>Petitioner,<br><br>v.<br><br>MRINALINI, INC., a Delaware Corporation,<br><br>Respondent. | Civil Action No. 1:23-cv-02319-MKV;<br>Related Civil Action No. 1:22-cv-02453-MKV |

### PROPOSED JUDGMENT

This matter is before the Court on Petitioner Valentino S.p.A.'s Motion for Summary Judgment to Confirm and Enforce the Final Arbitration Award against Respondent Mrinalini, Inc., issued in Milan, Italy on March 8, 2023, by an arbitral tribunal constituted under the auspices of the Milan Chamber of Arbitration in *Valentino S.p.A. v. Mrinalini, Inc.*, CAM Arbitration No 1022 (the "Final Award.")

Upon review of the Motion and accompanying materials, the records and the filings in this case, and there being no grounds to refuse recognition of the Final Award under Section 207 of the Federal Arbitration Act, 9 U.S.C. § 207, or Article V of the United Nations Convention on the Recognition and Enforcement of Foreign Arbitral Awards, June 10, 1958, 21 U.S.T. 2517, 330 U.N.T.S. 38, the Court hereby grants the Motion and enters judgment in favor of Petitioner and against Respondent.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

That, for the reasons stated above, the Petition and corresponding Motion for Summary Judgment to Confirm and Enforce the Final Arbitration Award are GRANTED, the underlying Final Award of the CAM Arbitration No. 1022 is CONFIRMED and therefore converted into a judgment of this Court;

That judgment is entered for Petitioner Valentino S.p.A. and against Respondent Mrinalini, Inc. in the liquidated amount of $200,615.43 plus post-judgment interest, pursuant to 28 U.S.C. § 1961, accruing as of the date of the Final Award, March 8, 2023, through the date of payment;

That Respondent shall pay Petitioner for the reasonable attorney's fees and expenses incurred by Petitioner associated with the collection and enforcement of this judgment;

That Petitioner shall submit documentation establishing the reasonable costs and disbursements incurred from the date of the Final Award through the date of issuance of this judgment, which are associated with the conversion of the Final Award into this final judgment and the collection and enforcement of the same.  This documentation shall be submitted within twenty-one (21) days of the date upon which this judgment is issued and Respondent shall respond to Petitioner's cost submission within fourteen (14) days after it is filed.  The Court shall consider Petitioner's submission and Respondent's response and, if appropriate, amend this judgment to include any additional amount owed to Petitioner; and

That this Court retains jurisdiction over the parties and the matter for any further proceedings as may be necessary to enforce the Final Award and any further awards or judgments which may be obtained by Petitioner against Respondent.

SO ORDERED this \_\_\_\_ day of _____, 2023.

                                                             _____
Mary Kay Vyskocil
United States District Judge