```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALENTINO S.p.A., an Italian Corporation,

                Plaintiff,

-against-

MRINALINI, INC., a Delaware Corporation,

                Defendant.

1:23-cv-2319 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a motion to seal filed by Plaintiff. [ECF No. 30]. The request to seal is provisionally granted, pending resolution of the Plaintiff's motion for summary judgment. [*See* ECF No. 24]. The Clerk of Court is respectfully requested to close docket entry 30.

**SO ORDERED.**

**Date: October 12, 2023**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**

1