**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
VALENTINO S.p.A., an Italian Corporation,

                Petitioner,                23 **CIVIL** 2319 (MKV)

     -against-                          **JUDGMENT**

MRINALINI, INC., a Delaware Corporation,

                Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 26, 2024, Valentino S.p.A.'s petition and subsequent motion to confirm and enforce the Final Award is hereby GRANTED; accordingly, the case is closed.

**Dated**: New York, New York
         February 26, 2024

                                                     **RUBY J. KRAJICK**
                                                       Clerk of Court

                                **BY:**
                                                     **Deputy Clerk**