USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALENTINO S.p.A.,
   an Italian Corporation

              Petitioner,

-against-

MRINALINI, INC.
   a Delaware Corporation,

             Respondent.

**Case No.** 1:23-cv-02319-MKV

## NOTICE OF RESPONDENT'S MOTION FOR STAY OF EXECUTION PENDING APPEAL

     PLEASE TAKE NOTICE that, consistent with Local Civil Rule 6.3, upon the attached Memorandum of Law of in Support of Respondent's Motion For Stay Of Execution Pending Appeal, and upon all the papers and proceedings had heretofore herein, the undersigned moves this Court for an order for stay of execution, as discussed in Respondent's Motion For Stay Of Execution Pending Appeal attached hereto, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted,

HOWARD & HOWARD ATTORNEYS PLLC

Dated: March 26, 2024

By: */s/ Andrew M. Grove*
Andrew M. Grove (P48868)(Pro Hac Vice)
Jon R. Steiger (P35505)
Howard & Howard Attorneys PLLC
450 West Fourth Street
Royal Oak, Michigan 48067-2557
Phone: (248) 645-1483
Fax: (248) 723-1568
Email: jgrove@HowardandHoward.com
jsteiger@howardandhoward.com

Scott C. Frost (Atty. Reg. #2380764)
200 S. Michigan Avenue
Suite 1100
Chicago, IL 60604
Phone: (312) 456 3447
Fax: (312) 989-5617
Email: sfrost@howardandhoward.com

*Attorneys for Respondent*

---

**Respondent's motion for a stay of execution pending appeal is DENIED. The Clerk of Court is respectfully requested to terminate docket entry number 43. SO ORDERED.**

Date: 5/13/2024
New York, New York

Mary Kay Vyskocil
United States District Judge